AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

FILED
11 SEP 27 P 1:57
S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Corsair Special Situations Fund, L.P. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. GPWG-09-cv-1201 |
| Engineered Framing Systems, Inc. et al. ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* August 10, 2011

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: September 12, 2011

CLERK OF COURT

*/s/ Kay Owens*
Signature of Clerk or Deputy Clerk

FILED
11 SEP 27 P 1:57
S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| CORSAIR SPECIAL SITUATIONS FUND, L.P.<br><br>PLAINTIFF,<br><br>v.<br><br>ENGINEERED FRAMING SYSTEMS, INC.,<br><br>JOHN J. HILDRETH,<br><br>MARIE N. HILDRETH,<br><br>and<br><br>EFS STRUCTURES, INC.<br><br>DEFENDANTS. | Civil Action No.:<br>09-1201(WDQ-PWG) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

REVISED ORDER OF JUDGMENT
ENTERED *NUNC PRO TUNC* TO JUNE 9, 2010

Consistent with the Court's Memorandum and Order of June 9, 2010 (the "Original Order"), this Court enters this Revised Order *nunc pro tunc* to the date of the Original Order, as this Revised Order does not alter the substance of the Original Order. It is hereby ORDERED and ADJUDGED that:

1. Corsair Special Situations Fund, L.P.'s Motion for Summary Judgment as to damages and declaratory relief is GRANTED;

2. Judgment is entered against Defendants Engineered Framing Systems, Inc., John J. Hildreth, Marie N. Hildreth and EFS Structures, Inc., jointly and severally, in the

Case 1:09-cv-01201-PWG   Document 181   Filed 08/10/11   Page 2 of 2
Case 1:09-cv-01201-PWG   Document 179-2   Filed 08/09/11   Page 2 of 2

amount of $5,443,171.33 (consisting of the principal amount of $4,875,000, plus pre-judgment interest, calculated at a rate of six percent (6%) annually, beginning on June 30, 2008 through June 9, 2010, of $568,171.33), in addition to post-judgment interest at the legal rate in accordance with 28 U.S.C. § 1961;

3. Plaintiff, Corsair Special Situations Fund, L.P. is the lawful assignee and owner of patent no. 7,299,596, together with any and all inventions and improvements described or claimed, divisions, continuations, continuations-in-part, reissues and extensions, and all rights corresponding to any of the foregoing throughout the world (the "Patent");

4. Corsair Special Situations Fund, L.P. can sell, assign, transfer, pledge, license or encumber the Patent free and clear from any claims of Defendant John J. Hildreth;

5. Defendant John J. Hildreth has no rights in the Patent or to use the patented technology.

/s/ Paul W. Grimm
8/10/2011

_____
The Honorable Paul W. Grimm
United States Magistrate Judge  *NUNC*
*pro tunc to*
*6/9/2010*

2

I hereby attest and certify on 9/12/2011
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _Kay Owens_ Deputy

AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

FILED
11 SEP 27 P 1:57
S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| Corsair Special Situations Fund, L.P. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. GPWG-09-cv-1201 |
| Engineered Framing Systems, Inc. et al. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  August 10, 2011

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: September 12, 2011

CLERK OF COURT

*/s/ Kay Owens*
*Signature of Clerk or Deputy Clerk*