Print Form

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

### APPLICATION FOR AND WRIT OF EXECUTION
### PROPERTY

**APPLICATION**

To the United States District Court for the District of Connecticut at `Bridgeport` , Connecticut, in connection with

a judgment entered on `8/10/11` . Docket No. `3:11-mc-167` ( `JCH` ), Case name: `Corsair v. Engineered Framing Systems et. al.`

NAME AND ADDRESS OF JUDGMENT CREDITOR(S) MAKING APPLICATION:

Corsair Special Situations Fund, L.P., 747 Third Avenue, 38th Floor, New York, NY

NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S):

Engineered Framing Systems, Inc., Suite 101, 780 Elkridge Landing Road, Linthicum, Maryland 21090
John J. Hildreth, 7811 Fieldstone Court, Ellicott City, Maryland
Marie N. Hildreth, 7811 Fieldstone Court, Ellicott City, Maryland
EFS Structures, Inc., Suite 101, 780 Elkridge Landing Road, Linthicum, Maryland 21090

| | | |
|---|---|---|
| AMOUNT OF JUDGMENT: | $ | 5,443,171.33 |
| AMOUNT OF COSTS: | $ | |
| AMOUNT OF INTEREST    (if applicable): | $ | 25,576.02 |
| TOTAL JUDGMENT AND COSTS: | $ | 5,468,747.35 |
| TOTAL PAID ON ACCOUNT: | $ | 7,452.39 |
| TOTAL UNPAID JUDGMENT: | $ | 5,461,294.96 |

**IS THIS A JUDGMENT ARISING OUT OF SERVICES PROVIDED AT A HOSPITAL?**

⦿ No  ◯ Yes   *(If yes, see "Notice to Judgment Creditor or Attorney" section on page 2.)*

**IS THIS A CONSUMER JUDGMENT?**

*"Consumer Judgment" means a money judgment of less than $5,000 against a natural person resulting from a debt incurred primarily for personal, family, or household purposes.*

⦿ No  ◯ Yes   *(If yes, has a stay of property execution been entered pursuant to an installment pay order?)*

◯ No  ◯ Yes

**IF A STAY OF PROPERTY EXECUTION HAS BEEN ENTERED, HAS THE JUDGMENT DEBTOR DEFAULTED ON AN INSTALLMENT PAYENT ORDER?**

◯ No  ◯ Yes  (Specify) `N/A`

| | |
|---|---|
| *[signature]* | September 28, 2011 |
| Signature of Attorney or Party Making Application. | Date |
| Adam W. Downs | CT27339 |
| Printed Name | Bar Number |
| Welby, Brady & Greenblatt, One Landmark Sq, 5th Fl | 203-363-0081 |
| Street Address | Phone Number |
| Stamford, CT 06901 | adowns@wbgllp.com |
| City/State/Zip | Email Address |

(Rev. 5/13/08)

## INSTRUCTIONS FOR WRIT OF PROPERTY EXECUTION

**JUDGMENT CREDITOR OR ATTORNEY** - Complete and print original. If judgment debtor is a natural person, attach copy of Exemption Form.

**NOTICE TO JUDGMENT CREDITOR OR ATTORNEY-** Pursuant to Public Act 03-266, Section 9, in the case of a judgment arising out of services provided at a hospital, no application for a property execution shall be made until the court has (A) issued an order for installment payments in accordance with Gen. Stat. § 52-356d, (B) made a finding that the debtor has defaulted on payments under the order, and (C) lifted the mandatory stay concerning noncompliance or default. The court also shall decide whether to modify the installment payment plan, continue the installment payment plan, or lift the stay.

**MARSHAL** - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption form to copy(ies) of execution served. Complete Section II on exemption claim form.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to mail to the judgment debtor (indicated on reverse side) at his or her last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the marshal property owned by the judgment debtor in your possession or you must deliver to the proper officer payment of a debt owed by you to the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the marshal when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to deliver to the marshal, property in your possession owned by the judgment debtor or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution

## PROPERTY EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor(s) recovered a judgment against the Judgment Debtor(s) before the Court for the amount stated, as appears of record, whereof execution remains to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor(s) within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor(s) the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the judgment debtor, and if the judgment debtor is a natural person, a copy of the exemption claim form, and make demand for payment by the judgment debtor of all sums due under the money judgment. On failure of the judgment debtor to make immediate payment you are commanded to levy on nonexempt personal property of the judgment debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the judgment debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the judgment debtor has left the state prior to service of this execution, or if the judgment debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the judgment debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

A. If judgment debtor is a natural person: On failure of the judgment debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the judgment debtor in the judgment debtor's possession and, if the judgment debtor has left the state prior to the service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the judgment debtor's last known address in this state and on any agent or attorney of the judgment debtor of record with the Clerk of the U. S. District Court for the District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property of the judgment debtor for payment to you, or to levy on any nonexempt personal property or debt due said judgment debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Gen. Stat. 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution, together with the exemption claim form, with your doings endorsed thereon, on the third person upon whom such demand was made.

B. If judgment debtor is not a natural person: On failure of the judgment debtor to make immediate payment of all sums due under the money judgment and upon your being unable to levy on nonexempt personal property of the judgment debtor in the judgment debtor's possession and, if the judgment debtor has left the state prior to the service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the judgment debtor's last known address in this state and on any agent or attorney of the judgment debtor of record with the Clerk of the U. S. District Court for the District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property of the judgment debtor for payment to you or to levy on any nonexempt personal property or debt due said judgment debtor(s) sufficient to satisfy the total amount of the judgment unpaid pursuant to Gen. Stat. 52-356a(4)(c).

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.**
**NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY THE PROPER OFFICER PURSUANT TO THIS EXECUTION.**

**DATED AT** _____ **CONNECTICUT, THIS** _____ **DAY OF** _____ , 20 ____ .

**ROBERTA D. TABORA, CLERK**

**BY:** _____

**DEPUTY CLERK**

## RETURN OF SERVICE

**STATE OF CONNECTICUT**          :

                                 :          SS:

**COUNTY OF**                    :

On the [     ] day of [                    ] , 20 [     ] , then and there I duly served the foregoing

application, order and execution on [                                              ]

by leaving with or at the usual place of abode of [                                    ]

a true and attested copy of the original application, order and execution.

Attest: [                                    ]

Proper Officer

[                                    ]

Title

**EXEMPTION CLAIM FORM**
**PROPERTY EXECUTION**

JD-CV-5b  Rev. 8-06
C.G.S. 52-321a, 52-352b, 52-361a, 52-361b

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

CLOEXM





NAME AND MAILING ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or judgment creditor's attorney)*

┌
└

**INSTRUCTIONS**

**TO JUDGMENT CREDITOR OR JUDGMENT
CREDITOR'S ATTORNEY:** *Complete section I below
and follow instructions on form JD-CV-5.*
**TO PROPER OFFICER:** *Complete section II below
and follow instructions on form JC-CV-5.*
**TO THIRD PERSON:** *Complete section III below and
follow instructions on form JD-CV-5.*
**TO JUDGMENT DEBTOR:** *Read section IV below
and complete section V if applicable.*

**SECTION I** *(Must be completed by judgment creditor or judgment creditor's attorney)*

ADDRESS OF COURT *(Number, street, town, zip code)*   ☐ G.A.   ☐ J.D.   ☐ HOUSING SESSION

NAME OF CASE

DOCKET NO.

NAME OF JUDGMENT DEBTOR

**SECTION II** *(Must be completed by proper officer)*

DATE OF SERVICE OF EXECUTION   NAME AND ADDRESS OF PROPER OFFICER

NAME AND ADDRESS OF THIRD PERSON SERVED WITH EXECUTION *(if any)*   TELEPHONE NO. *(if known)*

**SECTION III** *(Must be completed by third person served with execution (if any))*

DATE EXECUTION MAILED TO JUDGMENT DEBTOR

**SECTION IV**   **NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you the attached execution has been issued against your personal property.
<u>SOME OF YOUR PERSONAL PROPERTY MAY BE EXEMPT FROM EXECUTION</u> -- Certain classes of personal property may be protected from execution by state statutes or other laws or regulations of this state or of the United States. A checklist and description of the most common classes of personal property of a natural person exempt from execution are set forth on page 2 of this form.

<u>HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW</u> -- If you wish to claim that the property levied on by the levying officer is exempt by law from execution you must fill out and sign the Claim of Exemption on page 2 of this form and return this exemption claim form to the clerk of the Superior court at the above address. **The form must be received by the clerk of the Superior Court within 20 days after levy on the property.**

Upon receipt of this form, the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

<u>RIGHT TO REQUEST INSTALMENT PAYMENT ORDER</u> -- Pursuant to section 52-356d of the general statutes, if you are a consumer judgment debtor, you may seek to have the court issue an instalment payment order with a provision that compliance with the order prevents a levy on your property. An instalment payment order is an order of the court that you pay a weekly amount to the judgment creditor until the judgment is satisfied.

"Consumer Judgment" means a money judgment of less than five thousand dollars against a natural person resulting from a debt or obligation incurred primarily for personal, family, or household purposes.

<u>SETTING ASIDE THE JUDGMENT</u> -- If the judgment was rendered against you because of your failure to appear in court, you may, pursuant to section 52-212 of the general statutes, within four months of the date judgment was rendered and upon belief that you have reasonable cause, move the court to set aside the judgment rendered against you.

*FOR COURT USE ONLY*

**PAGE 1 OF 2**

**EXEMPTION CLAIM FORM**

| SECTION V | CLAIM OF EXEMPTION ESTABLISHED BY LAW |
|---|---|

I, the judgment debtor, hereby claim and certify under penalty of false statement that the property described below is exempt from execution as follows:

NAME AND ADDRESS OF PERSON HOLDING PROPERTY | TELEPHONE NO.

PROPERTY CLAIMED TO BE EXEMPT

DESCRIBE BASIS FOR EXEMPTION AS ESTABLISHED BY LAW

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | TELEPHONE NO.

SIGNED (Judgment debtor) | DATE SIGNED

| SECTION VI | NOTICE OF HEARING ON EXEMPTION/MODIFICATION CLAIM |
|---|---|

DATE OF HEARING | TIME OF HEARING ___.M. | COURTROOM NO. | BY THE ASSISTANT CLERK

| SECTION VII | ORDER OF COURT |
|---|---|

ORDERED that the following item(s) are exempt from execution:

SIGNED (Judge, Magistrate, Assistant Clerk) | BY ORDER OF THE COURT | DATE SIGNED

## CHECKLIST AND DESCRIPTION OF COMMON EXEMPTIONS ALLOWED BY LAW (C.G.S. § 52-352b)

(a) Necessary apparel, bedding, foodstuffs, household furniture and appliances;

(b) Tools, books, instruments, farm animals and livestock feed, which are necessary to the exemptioner in the course of his or her occupation, profession, farming operation or farming partnership;

(c) Burial plot for the exemptioner and his or her immediate family;

(d) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

(e) Health and disability insurance payments;

(f) Health aids necessary to enable the exemptioner to work or to sustain health;

(g) Worker's compensation, social security, veterans and unemployment benefits;

(h) Court approved payments for child support;

(i) Arms and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(j) One motor vehicle to the value of one thousand five hundred dollars, provided such value shall be determined as the fair market value of the motor vehicle less the amount of all liens and security interests which encumber it.

(k) Wedding and engagement rings;

(l) Residential utility deposits for one residence and one residential security deposit;

(m) Any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a;

(n) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under general statute section 52-361a;

(o) An award under a crime reparations act;

(p) All benefits allowed by any association of persons in this state towards the support of any of its members incapacitated by sickness or infirmity from attending to his usual business; and

(q) All moneys due the exemptioner from any insurance company on any insurance policy issued on exempt property, to the same extent that the property was exempt.

(r) Any interest of the exemptioner in any property not to exceed in value one thousand dollars;

(s) Any interest of the exemptioner not to exceed in value four thousand dollars in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the exemptioner under which the insured is the exemptioner or an individual of whom the exemptioner is a dependent; and

(t) The homestead of the exemptioner to the value of seventy-five thousand dollars or, in the case of a money judgment arising out of services provided at a hospital, to the value of one hundred twenty-five thousand dollars, provided value shall be determined as the fair market value of the real property less the amount of any statutory or consensual lien which encumbers it.

(u) Irrevocable transfers of money to an account held by a bona fide nonprofit debt adjuster licensed pursuant to sections 36a-655 to 36a-665 inclusive for the benefit of creditors of the exemptioner.