Print Form

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION
## PROPERTY

**APPLICATION**

To the United States District Court for the District of Connecticut at Bridgeport, Connecticut, in connection with a judgment entered on 8/10/11. Docket No. 3:11-mc-167 (JCH), Case name: Corsair v. Engineered Framing Systems et. al.

NAME AND ADDRESS OF JUDGMENT CREDITOR(S) MAKING APPLICATION:

Corsair Special Situations Fund, L.P., 747 Third Avenue, 38th Floor, New York, NY

NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S):

Engineered Framing Systems, Inc., Suite 101, 780 Elkridge Landing Road, Linthicum, Maryland 21090
John J. Hildreth, 7811 Fieldstone Court, Ellicott City, Maryland
Marie N. Hildreth, 7811 Fieldstone Court, Ellicott City, Maryland
EFS Structures, Inc., Suite 101, 780 Elkridge Landing Road, Linthicum, Maryland 21090

| | |
|---|---|
| AMOUNT OF JUDGMENT: | $ 5,443,171.33 |
| AMOUNT OF COSTS: | $ |
| AMOUNT OF INTEREST (if applicable): | $ 25,576.02 |
| TOTAL JUDGMENT AND COSTS: | $ 5,468,747.35 |
| TOTAL PAID ON ACCOUNT: | $ 7,452.39 |
| TOTAL UNPAID JUDGMENT: | $ 5,461,294.96 |

**IS THIS A JUDGMENT ARISING OUT OF SERVICES PROVIDED AT A HOSPITAL?**

● No  ○ Yes   (If yes, see "Notice to Judgment Creditor or Attorney" section on page 2.)

**IS THIS A CONSUMER JUDGMENT?**

"Consumer Judgment" means a money judgment of less than $5,000 against a natural person resulting from a debt incurred primarily for personal, family, or household purposes.

● No  ○ Yes   (If yes, has a stay of property execution been entered pursuant to an installment pay order?)

○ No  ○ Yes

**IF A STAY OF PROPERTY EXECUTION HAS BEEN ENTERED, HAS THE JUDGMENT DEBTOR DEFAULTED ON AN INSTALLMENT PAYENT ORDER?**

○ No  ○ Yes   (Specify) N/A

_[signature]_
Signature of Attorney or Party Making Application.

September 28, 2011
Date

Adam W. Downs
Printed Name

CT27339
Bar Number

Welby, Brady & Greenblatt, One Landmark Sq, 5th Fl
Street Address

203-363-0081
Phone Number

Stamford, CT 06901
City/State/Zip

adowns@wbgllp.com
Email Address

(Rev. 5/13/08)

## PROPERTY EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor(s) recovered a judgment against the Judgment Debtor(s) before the Court for the amount stated, as appears of record, whereof execution remains to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor(s) within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor(s) the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the judgment debtor, and if the judgment debtor is a natural person, a copy of the exemption claim form, and make demand for payment by the judgment debtor of all sums due under the money judgment. On failure of the judgment debtor to make immediate payment you are commanded to levy on nonexempt personal property of the judgment debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the judgment debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the judgment debtor has left the state prior to service of this execution, or if the judgment debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the judgment debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

A. If judgment debtor is a natural person: On failure of the judgment debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the judgment debtor in the judgment debtor's possession and, if the judgment debtor has left the state prior to the service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the judgment debtor's last known address in this state and on any agent or attorney of the judgment debtor of record with the Clerk of the U. S. District Court for the District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property of the judgment debtor for payment to you, or to levy on any nonexempt personal property or debt due said judgment debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Gen. Stat. 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution, together with the exemption claim form, with your doings endorsed thereon, on the third person upon whom such demand was made.

B. If judgment debtor is not a natural person: On failure of the judgment debtor to make immediate payment of all sums due under the money judgment and upon your being unable to levy on nonexempt personal property of the judgment debtor in the judgment debtor's possession and, if the judgment debtor has left the state prior to the service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the judgment debtor's last known address in this state and on any agent or attorney of the judgment debtor of record with the Clerk of the U. S. District Court for the District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property of the judgment debtor for payment to you or to levy on any nonexempt personal property or debt due said judgment debtor(s) sufficient to satisfy the total amount of the judgment unpaid pursuant to Gen. Stat. 52-356a(4)(c).

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.**
**NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY THE PROPER OFFICER PURSUANT TO THIS EXECUTION.**

**DATED AT** Bridgeport **CONNECTICUT, THIS** 29th **DAY OF** September , 20 11 .

ROBERTA D. TABORA, CLERK

BY: *Tasha Oliver*
**DEPUTY CLERK**

## RETURN OF SERVICE

**STATE OF CONNECTICUT**   :

                           :   ss:

**COUNTY OF**              :

On the _____ day of _____, 20 ___, then and there I duly served the foregoing application, order and execution on _____

by leaving with or at the usual place of abode of _____

a true and attested copy of the original application, order and execution.


Attest: _____

Proper Officer

_____

Title