UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CORSAIR SPECIAL SITUATIONS FUND, L.P.** | * |
| | * |
| **Plaintiff/Judgment Creditor,** | **CIVIL ACTION NO.:** |
| | *     **3:11-CV-1980 (JCH)** |
| v. | * |
| **ENGINEERED FRAMING SYSTEMS, INC.,** *et al.* | * |
| | * |
| **Defendants/Judgment Debtors.** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR TURNOVER ORDER

Plaintiff/Judgment Creditor, Corsair Special Situations Fund, L.P. ("Corsair"), by its undersigned attorneys, hereby files this Motion for Turnover Order and requests that garnishees National Resources, National Re/Sources Investments, LLC, iPark Edgewater, LLC, i.Park, LLC, Hudson View Associates, LLC, Westchester Industries, and One Main Street Edgewater, LLC (collectively, "National Resources"), be ordered to turn over $2,308,504 to the Court. In support of this motion, Corsair states as follows:

1. On June 9, 2010, the United States District Court for the District of Maryland entered judgment in favor of Corsair and against all of the defendants, including EFS Structures, Inc. ("Structures"), in the amount of $4,875,000.00 plus interest (the "Judgment").

2. On or about September 27, 2011, the Judgment was entered in this Court.

3. On September 29, 2011, the Court issued a Writ of Execution (the "Writ") that was served by the State Marshal's office on several businesses operating from 485 W. Putnam Avenue, Greenwich, CT 06830. The businesses that were served with the Writ include National

Resources, National RE/Sources Investments, LLC, One Main Street Edgewater, LLC, iPark Edgewater, LLC, iPark, LLC, Hudson View Associates, LLC and Westchester Industries (collectively, "National Resources").

4. Pursuant to the express and unequivocal language of the Writ, National Resources was required to "deliver to the marshal, property in your possession owned by the judgment debtor <u>or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution.</u>" A copy of the Application For And Writ Of Execution is attached hereto as **Exhibit A** and incorporated herein by reference.

5. National Resources chose to disregard the Writ and willfully refused to pay any money over to the marshal. Instead, National Resources chose to pay the judgment debtor and the judgment debtors other creditors, all to the detriment of judgment creditor Corsair.

6. At the time the Writ was served on National Resources, it was using the services of Structures to design and construct a multi-story residential building in Edgewater, New Jersey. At that time and during the ensuing four (4) month period following service of the Writ, National Resources was or became indebted to Structures for more than $2,000,000 and proceeded to pay these amounts directly to Structures and Structures' creditors—in violation of the clear commandment of the Writ.

7. More precisely, beginning on October 3, 2011, and continuing until June 25, 2012, National Resources, by its own admission, paid the judgment debtor, Structures, $2,308,504. Of this amount, National Resources directly paid Structures $681,196.20, and it paid Structures' creditors $1,627,307.80, all at Structures' direction and on Structures' behalf.

2

8. National Resources violated the Writ and chose to favor Structures and its other creditors over Corsair. As a direct consequence of National Resources actions, Corsair has lost the opportunity to collect a significant portion of its judgment.

9. Corsair adopts and incorporates herein by reference the Memorandum in Support of Motion for Turnover Order filed contemporaneously herewith.

**WHEREFORE**, Corsair respectfully requests the Court enter a Turnover Order commanding National Resources, National RE/Sources Investments, LLC, One Main Street Edgewater, LLC, iPark Edgewater, LLC, iPark, LLC, Westchester Industries, and Hudson View Associates, LLC, to deliver to the Court $2,308,504 which shall thereafter be turned over to Corsair.

CORSAIR SPECIAL SITUATIONS FUND, L.P.

By: _____
Gregory J. Spaun, Esq. (ct28915)
Welby, Brady & Greenblatt, LLP
One Landmark Square, 5th Floor
Stamford, Connecticut 06901
(203) 363-0081

## CERTIFICATION

This is to certify that a copy of the foregoing was electronically transmitted, this 17th day of January, 2013, to the following:

Daniel J. Pennessi, Esq.
National Resources
National Re/Sources Investments LLC
iPark Edgewater, LLC
iPark, LLC
485 West Putnam Avenue
Greenwich, CT  06830
dpennessi@nationalresources.com

*Attorney for National Resources, National Re/Sources Investments LLC, iPark Edgewater, LLC and iPark, LLC*

Adam C. Harrison, Esquire
Matthew R. Gerrish, Esquire
Harrison Law Group
40 West Chesapeake Avenue, Suite 600
Towson, Maryland  21204-4891
aharrison@harrisonlawgroup.com

*Attorneys for Judgment Debtors Engineered Framing Systems, Inc., John J. Hildreth and Marie N. Hildreth*

_____
Gregory J. Spaun