Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

CORSAIR SPECIAL SITUATIONS FUND, L.P.,

    Plaintiff,

v.

ENGINEERED FRAMING SYS., INC.,

    Defendants

Case No.: 09-1201-PWG

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of June, 2010, ORDERED and ADJUDGED that:

1. Plaintiff's Motion for Summary Judgment as to damages and declaratory relief is GRANTED;

2. Judgment is entered against Defendants in the amount of $4,875,000.00 with interest at six percent from June 30, 2008 through the date of this Judgment;

3. Corsair is the lawful assignee and owner of the Patent, together with any and all inventions and improvements described or claimed, divisions, continuations, continuations-in-part, reissues and extensions, and all rights corresponding to any of the foregoing throughout the world;

4. Corsair can sell, assign, transfer, pledge, license or encumber the Patent free and clear from any claims of Defendant John J. Hildreth;

5. Defendant John J. Hildreth has no rights in the Patent or to use the patented technology; and

6. The Clerk of the Court CLOSE this case.

_____/S/_____
Paul W. Grimm
United States Magistrate Judge

lmy